MHW

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dorothy Murphy
   P.O. Box 10817
   Chicago, Ill. 60610

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Dorothy Murphy_ ☐ Agent ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
_Dorothy Murphy_   8/5/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

RECEIVED
AUG 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 0100 0001 7313 1374

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

08 CV 4587

**FILED**

AUG 2 5 2008  AEE
8-25-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

UNITED STATES POSTAL SERVICE
CHICAGO IL 606
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box

   United States District Court
   Clerk's Office
   219 South Dearborn St. 20th Floor
   Chicago, Ill. 60604